UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SIDNEY B. KOEPPEL** | * | **CIVIL ACTION NO.: 2:20-cv-1623** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE: BWA** |
| | * | |
| **ROBINHOOD MARKETS, INC.,** | * | **MAGISTRATE JUDGE: JVM** |
| **ROBINHOOD FINANCIAL, LLC, and** | * | |
| **ROBINHOOD SECURITIES, LLC** | | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Sidney B. Koeppel, Respectfully moves for dismissal with prejudice as the parties have settled all disputes that are the subject of this litigation, and that each party to bear their own costs.   This Motion is unopposed.

Respectfully Submitted,

**KOEPPEL CLARK**


*/s/ W. Scarth Clark*
**PETER S. KOEPPEL (LSBA #1465)**
**W. SCARTH CLARK (LSBA#22993)**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile:  (504) 524-1024
*Attorneys for Plaintiff Sidney B. Koeppel*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing on July 23, 2020 via the Court's CM/ECF filing system which will serve all counsel of record with notice of filing.

*s/ W. Scarth Clark*　　　　　　　　
**W. SCARTH CLARK**
